UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| HUTCHINS & HUTCHINS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:23-cv-67 |
| | ) | |
| v. | ) | |
| | ) | |
| AIRBOSS DEFENSE GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

Plaintiff respectfully notifies the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal and intend to file the Stipulated Dismissal as soon as practicable.

Plaintiff is filing this Notice with the Defendant's approval and permission.

                                        Respectfully Submitted,

                                        **HUTCHINS & HUTCHINS, INC.**

                                        By: */s/ Justin R. Burch*
                                                Of Counsel

Christopher D. Davis (VSB No. 74809)
Justin R. Burch (VSB No. 92135)
Nathan M. Hernandez (VSB No. 95817)
DAVIS, BURCH & ABRAMS
555 Belaire Avenue, Suite 340
Chesapeake, VA 23320
Tel: (757) 410-2293
Fax: (757) 257-8614
chris.davis@davisba.com

justin.burch@davisba.com  
nathan.hernandez@davisba.com  
*Counsel for Hutchins & Hutchins, Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 12th day of September 2024, a true and accurate copy of the foregoing was electronically filed via the Court's CM/ECF system, which will send notification of such filing to the following:

Andrew Bosse (VSB No. 98616)
Maryia Jones (VSB 78645)
BAUGHMAN KROUP BOSSE PLLC
500 East Main Street, Suite 1400
Norfolk, VA 23510
Tel: (757) 916-5771
abosse@bkbfirm.com
mjones@bkbfirm.com

Michael G. Brady (P57331) (admitted pro hac vice)
Lawrence J. Murphy (P47129) (admitted pro hac vice)
Ashley E. Racette (P80965) (admitted pro hac vice)
2715 Woodward Ave, Suite 300
Detroit, MI 48201
Tel: (313) 546-6000
mbrady@wnj.com
lmurphy@wnj.com
aracette@wnj.com
*Counsel for AirBoss Defense Group, LLC*

                   */s/ Justin R. Burch*