# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

HUTCHINS & HUTCHINS, INC.,

   Plaintiff,

v.

AIRBOSS DEFENSE GROUP, LLC,

   Defendant.

Case No. 2:23-cv-67

## ORDER

The parties, by their counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure jointly moved the Court to dismiss the above styled action, in its entirety, because these parties have resolved, compromised and settled all claims and controversies between them.

**UPON CONSIDERATION** of the representations of counsel, the pleadings and for other good cause shown, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the above styled action is **DISMISSED** with prejudice, each party to bear its own attorneys' fees and costs, with the Court retaining jurisdiction solely for purposes of enforcing the parties' settlement. The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

/s/ _____
Jamar K. Walker
United States District Judge

Norfolk, Virginia
October 2, 2024